## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JAMES D. SCHNELLER,<br>KEEPRADNORSAFE.COM | : No. 759 MAL 2014<br>:<br>: |
| v. | : Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>: |
| PENNSYLVANIA LIQUOR CONTROL<br>BOARD | :<br>:<br>: |
| PIETRO'S ITALIAN RESTAURANT,<br>Intervenor | :<br>:<br>:<br>: |
| PETITION OF: JAMES D. SCHNELLER | :<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2014, the Petition for Allowance of Appeal and "Motion to Reply to New Matter Stated in Answer of Respondent" are **DENIED**.